**Opinion issued February 8, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00081-CV

———————————

## IN RE KIRKENDALL DWYER, LLP, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kirkendall Dwyer, LLP filed a petition for writ of mandamus challenging the trial court's November 27, 2023 order denying relator's motion to compel arbitration.[1]  Relator also filed a motion to stay trial court proceedings pending disposition of the petition for writ of mandamus.

---

[1]  The underlying case is *Beverly Brooks v. Kirkendall Dwyer, LLP*, cause number 2023-33141, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.

The petition is denied.  *See* Tex. R. App. P. 52.8.  The motion to stay is also denied.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.